UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAVID HIERGESELL,

                          Plaintiff,

    -against-

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

                          Defendant,
----------------------------------------------------------------X

**STIPULATION AND ORDER**

Civil Action No. 07 CV 3435 (TPG)

Thomas P. Griesa, J.
Andrew J. Peck, M.J.

      IT IS HEREBY STIPULATED AND AGREED, by and between the undesigned, that the above-entitled action has been settled for the sum of $45,000.00 without interest, costs or disbursements to either party and the action is hereby discontinued and dismissed with prejudice.

      Defendant shall make payment of the settlement payable to "David Hiergesell and Frank J. Laine, P.C. as attorney" within twenty-one days of its receipt of this stipulation and a general release.

      This Stipulation may be filed and "So-Ordered" without further notice.

Dated: June 26, 2007

| | |
|---|---|
| S/ | S/ |
| Frank Braunstein (FB4652) | Christopher T. Cafaro, Esq. (CTC-3049) |
| FRANK J. LAINE, P.C. | MONTFORT, HEALY, McGUIRE & SALLEY |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 449 South Oyster Bay Road | THE INSURANCE COMPANY OF THE |
| Plainview, New York 11803 | STATE OF PENNSYLVANIA |
| (516) 937-1010 | 1140 Franklin Avenue |
| | P.O. Box 7677 |
| | Garden City, New York 11530 |
| | (516) 746-0748 |

So Ordered,

_____
THOMAS P. GRIESA, U.S.D.J.