UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

DAVID HIERGESELL,

**STIPULATION AND ORDER**

Plaintiff,

Civil Action No. 07 CV 3435 (TPG)

-against-

Thomas P. Griesa, J.
Andrew J. Peck, M.J.

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

Defendant,
--------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undesigned,

that the above-entitled action has been settled for the sum of $45,000.00 without interest, costs

or disbursements to either party and the action is hereby discontinued and dismissed with

prejudice.

Defendant shall make payment of the settlement payable to "David Hiergesell and Frank

J. Laine, P.C. as attorney" within twenty-one days of its receipt of this stipulation and a general

release.

This Stipulation may be filed and "So-Ordered" without further notice.

Dated: June 26, 2007

S/
Frank Braunstein (FB4652)
FRANK J. LAINE, P.C.
Attorneys for Plaintiff
449 South Oyster Bay Road
Plainview, New York 11803
(516) 937-1010

S/
Christopher T. Cafaro, Esq. (CTC-3049)
MONTFORT, HEALY, McGUIRE & SALLEY
Attorneys for Defendant
THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA
1140 Franklin Avenue
P.O. Box 7677
Garden City, New York 11530
(516) 746-0748

So Ordered,

THOMAS P. GRIESA, U.S.D.J.

10/19/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/07